

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2017

No. 04-17-00052-CV

**IN THE INTEREST OF B.P.C.,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-02000
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal in a suit affecting the parent child relationship that was filed by a governmental entity seeking managing conservatorship and termination of parental rights. The appeal is therefore subject to an accelerated disposition standard. *See* TEX. RULES OF JUDICIAL ADMIN. 6.2(a).

The briefs of appellees were due April 17, 2017. Appellee Texas Department of Family and Protective Services filed a brief waiver. The appellee father, M.L.H., did not file a brief or a motion for extension of time. We therefore issued an order advising Albert Elias Chaires, appointed counsel for M.L.H., that the appellee's brief must be filed by May 1 or the appeal would be submitted without an appellee's brief. Chaires responded to our order by filing a motion to withdraw as counsel.

We **deny** the motion to withdraw as counsel. We **order** the brief of appellee M.L.H. due **May 11, 2017**. If the brief is not filed by the date ordered, the appeal will be submitted for decision without a brief from appellee. We further counsel Chaires that he must identify the minor child and the parents by use of an alias in all papers submitted to this court and that all documents must be redacted accordingly. TEX. R. APP. P. 9.8.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2017.



Keith E. Hottle
Clerk of Court